# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

GLYNNE M. JONES, ET AL.

VERSUS

GARY L. FOGG

NO.   2023 CW 1104

**DECEMBER 4, 2023**

---

In Re:    Gary L. Fogg, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          202111676.

---

**BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT DENIED.**   The district court granted a pauper motion filed by Gary L. Fogg ("Fogg"), on September 2, 2022.  Moreover, the pauper order provides that Fogg is required to pay all costs accruing after the filing of suit.  The Motion to Annul Power of Attorney was filed, but the St. Tammany Parish Clerk of Court record indicates that a letter was sent to Fogg informing him that a $20.00 fee had to be paid before service could be issued and the letter was returned as refused.  The Revocation of Power of Attorney does not require an action by the district court.

                    **PMc**
                    **CHH**
                    **SMM**

COURT OF APPEAL, FIRST CIRCUIT



---
DEPUTY CLERK OF COURT
    FOR THE COURT